**No. 45760.**—Protest 681327–G of T. D. Downing & Co., Inc. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise consists of cotton pile fabric articles similar to those the subject of *Ramallah* v. *United States* (T. D. 47681). The claim at 40 percent under paragraph 923 was therefore sustained.